IN THE UNITED STATES BANKRUPTCY COURT
FOR THE FEDERAL DISTRICT OF PUERTO RICO

IN RE:

ADELIX M. MERCADO NIEVES AND * CASE NO. 05-06189-GAC
DAYANARA SANTIAGO ECHEVARRIA
　　　　　　　　　　　　　　　　　　　　　*

　　Debtors　　　　　　　　　　　　　　　　　CHAPTER 7
＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿ *

## MOTION IN OPPOSITION TO REOPEN CASE

**TO THE HONORABLE COURT**:

　　Comes now creditor Cooperativa de Ahorro y Crédito de Cabo Rojo, by and its undersigned attorney, who respectfully SHOWS AND PRAYS:

　　1.　Creditor was notified of Debtors' Motion to Reopen Case.

　　2.　Creditor informs this Honorable Court it opposition to reopen case due to the fact that creditor will desist of collection of monies filed in the State Court (Exhibit I).

　　**WHEREFORE**, it is respectfully prayed to take notice of this motion and grant the same.

　　**WE HEREBY CERTIFY**: that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system: Ms. Nydia González Ortiz, 11 Betances St., Yauco, PR 00698 and Mr. John A. Zerbe, Trustee, 165 Ave de Diego, Urb. San Francisco, Río Piedras, PR 00927. Parties may access this filing through the Court's system.

DATED: September 18, 2008

　　　　　　　　　　　　　　　　　　　　　　/s/Damaris Quinones-Vargas
　　　　　　　　　　　　　　　　　　　　　　DAMARIS QUIÑONES VARGAS, Esq.
　　　　　　　　　　　　　　　　　　　　　　damarisqv@prtc.net
　　　　　　　　　　　　　　　　　　　　　　Box 429, Cabo Rojo, PR 00623
　　　　　　　　　　　　　　　　　　　　　　Tel. 787-851-7866　Fax 787-851-1717

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE CABO ROJO
0200 SALON DE SESIONES

| COOPERATIVA DE AHORRO Y CREDITO DE CABO ROJO | CIVIL NUM.: I4CI200700168 |
|---|---|
| Demandante | |
| v. | SOBRE: |
| ADELIX M. MERCADO NIEVES, ET ALS | COBRO DE DINERO |
| Demandados | |

## MOCION DE DESISTIMIENTO

**AL HONORABLE TRIBUNAL:**

Comparece la parte demandante por conducto de su representación legal, quien suscribe y muy respetuosamente EXPONE, ALEGA Y SOLICITA:

1) En el caso de epígrafe se presentó una Demanda de Cobro de Dinero el 20 de marzo de 2007.

2) La parte demandante respetuosamente se solicita desistir de todas las partes en este pleito.

POR TODO LO CUAL, muy respetuosamente se suplica del Honorable Tribunal que provea como se solicita, DESISTIR del caso de epígrafe.

CERTIFICACIÓN: Certifico haberle enviado copia del anterior escrito a la a la parte co-demandada Roberto Lucena Padilla a su última dirección postal conocida: HC-01 Box 17210, Cabo Rojo, PR 00623 y a la Lcda. Nydia González Ortiz, 11 Calle Betances, Yauco, PR 00698.

En Cabo Rojo, Puerto Rico, a _18_ de septiembre de 2008.

LCDA. DAMARIS QUIÑONES VARGAS
ABOGADA DE LA PARTE DEMANDANTE
COLEGIADO NUM. 13,328
damarisqv@prtc.net
PO BOX 429
CABO ROJO, PR 00623
TEL. (787) 851-7866  FAX: (787) 851-1717